

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-30,849-05

**IN RE JOHN CLIFTON WILBANKS, Relator**

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1576594-A IN THE 262ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction.

Relator filed an application for a writ of habeas corpus in Harris County on August 1, 2019, but the habeas application has not been forwarded to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07; TEX. R. APP. P. 73.4(b)(5). Respondent, the District Clerk of Harris County, shall forward Relator's habeas application to this Court. This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: January 13, 2021
Do not publish